**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 14-cr-00006-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID SANTIAGO DALAS-TORRES,

    Defendant.

_____

**ORDER**
_____

    PURSUANT to and in accordance with Order entered by the Honorable Christine M. Arguello on March 4, 2014, it is

    ORDERED that Defendant David Santiago Dalas-Torres, is sentenced to TIME SERVED.

    DATED: March 4, 2014

                                        BY THE COURT:

                                        _____
                                        Christine M. Arguello
                                        United States District Judge